IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TERRELL L. CLEMENTS and PAMELA CLEMENTS,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>No. 1:23-cv-00034-RJS-JCB<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

It is ORDERED AND ADJUDGED that judgment is hereby entered in favor of Defendant.

SO ORDERED this 29th day of April 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

1